CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 31 2013

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSE MANUEL ZALDIVAR-FUENTES, </br> Petitioner, </br></br> v. </br></br> WARDEN, </br> Respondent. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Civil Action No. 7:13cv00041 </br></br> **2241 MEMORANDUM OPINION** </br></br> By: Samuel G. Wilson </br> United States District Judge |

Jose Manuel Zaldivar-Fuentes, an inmate at Northeast Ohio Correctional Center, has filed this action in the form of a letter to the court, seeking reinstatement of good-time credits to reduce his prison sentence. The court construes Zaldivar-Fuentes' request as a motion pursuant to 28 U.S.C. § 2241, see McClung v. Hollingsworth, No. 06-6699, 2007 WL 1225946 (4th Cir. April 26, 2007) (evaluating a federal prisoner's claim to good-time credits under § 2241), and dismisses the motion without prejudice for lack of jurisdiction because such motions must be filed in the district court in the jurisdiction where the petitioner is in custody. See In re Jones, 226 F.3d 328, 330 (4th Cir. 2000) ("A habeas petition under § 2241 must, however, be filed in the district in which the prisoner is confined."); see also United States v. Hughes, 12-7358, 2012 WL 6690089 (4th Cir. December 26, 2012) (same).

**ENTER**: January 31, 2013.

_____
UNITED STATES DISTRICT JUDGE