CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JAN 3 1 2013**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JOSE MANUEL ZALDIVAR-FUENTES,** | ) | Civil Action No. 7:13cv00041 |
| Petitioner, | ) | |
| | ) | |
| | ) | **2241 FINAL ORDER** |
| v. | ) | |
| | ) | |
| **WARDEN,** | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the petitioner's motion pursuant to 28 U.S.C. § 2241 is

**DISMISSED** without prejudice for lack of jurisdiction, and this matter is **STRICKEN** from the

court's active docket.  Further, finding that the petitioner has failed to make the requisite

substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a

certificate of appealability is **DENIED**.

**ENTER**: January 31, 2013.

_____
UNITED STATES DISTRICT JUDGE