CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 1 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSE MANUEL ZALDIVAR-FUENTES,<br>    Petitioner,<br><br>v.<br><br>WARDEN,<br>    Respondent. | Civil Action No. 7:13cv00041<br><br>**2241 FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the petitioner's motion pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice for lack of jurisdiction, and this matter is **STRICKEN** from the court's active docket. Further, finding that the petitioner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: January 31, 2013.

UNITED STATES DISTRICT JUDGE